# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# EASTERN DIVISION

| | |
|---|---|
| TRAVON THOMPSON, ) | Case No. EDCV 11-1535-MMM (MLG) |
| ) | |
| Plaintiff, ) | ORDER ACCEPTING FINDINGS AND |
| ) | RECOMMENDATIONS OF UNITED STATES |
| v. ) | MAGISTRATE JUDGE |
| ) | |
| RON HOOPS, et al., ) | |
| ) | |
| Defendant. ) | |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed all of the records and files herein, including the Report and Recommendation of the United States Magistrate Judge, and has conducted a *de novo* review of those portions of the Report and Recommendation to which objections were filed. The Court accepts the findings and recommendations in the Report and Recommendation and ORDERS that the action be dismissed with prejudice.

Dated: December 30, 2011

_____
Margaret M. Morrow
United States District Judge