JS - 6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | | |
|---|---|---|
| TRAVON THOMPSON, | ) | Case No. EDCV 11-1535-MMM (MLG) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| RON HOOPS, et al., | ) | |
| Defendant. | ) | |

IT IS ADJUDGED that the action herein is dismissed with prejudice.

Dated: December 30, 2011

_____
Margaret M. Morrow
United States District Judge