JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

TRAVON THOMPSON,                    ) Case No. CV 11-1535-MMM (JPR)
                                    )
              Plaintiff,            )
                                    )          **J U D G M E N T**
         vs.                        )
                                    )
D.M. BOLDT et al.,                  )
                                    )
              Defendants.           )
                                    )
_____     )

     Pursuant to the Order Accepting Findings and Recommendations
of U.S. Magistrate Judge,

     IT IS HEREBY ADJUDGED that judgment is entered in favor of
Defendants and this action is dismissed with prejudice.


DATED: <u>January 21, 2015</u>        _____
                                      MARGARET M. MORROW
                                      U.S. DISTRICT JUDGE